**PACIFIC TRIAL ATTORNEYS**
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Esq.
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

JS-6

*Attorneys for Plaintiff Silvia Garcia and the Putative Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SILVIA GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ABG-ROCKPORT LLC, a Delaware entity, d/b/a WWW.ROCKPORT.COM,<br><br>Defendant. | Case No.: 2:25-cv-07092-JFW-MARx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Notice of Removal Filed: July 31, 2025<br><br>Judge: Hon. John F. Walter |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Silvia Garcia on behalf of her and the putative class, and Defendant ABG-Rockport LLC, (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice and each party will bear its own costs and attorneys' fees.

Having considered the Stipulation and for good cause shows:

IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 27, 2025

HON. JOHN F. WALTER
UNITED STATED DISTRICT JUDGE

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**